# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ROLANDO IGLESIAS**   JOINT DEBTOR: **DULCE M. MATEU**  CASE NO.: 14-11987-LMI
Last Four Digits of SS# XXX-XX-3557  Last Four Digits of SS# XXX-XX-3558

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 317.13    for months   1   to  60 ;
  B.  $_____  for months _____ to _____;
  C.  $_____  for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00     TOTAL PAID $1,000.00
              Balance Due  $ 2,650.00   payable $ 132.50 /month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Small Business Administration      Arrearage on Petition Date  $ 8,304.00
Address: P. O. Box 740192             Arrears Payment $ 138.40 /month (Months 1 to 60)
 Atlanta, GA 30374-0192               Regular Payment $_____/month (Months _____ to _____)
Account No: XXX-3557

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | % | $ | __ To __ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____ Total Due $_____
                    Payable $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 14.52 /month (Months 1 to 20 ), $ 147.02/month (Months 21 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors will continue to pay Mortgage to Wells Fargo (Account No.XXX-4640) on property located at:3905 W 9th Way, Hialeah, FL 33012, outside of the plan.

Debtors will continue to pay Bright Star Credit Union (Account No.XXX-4838) for the 2003 Ford Expedition outside of the plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous

LF-31 (rev. 06/02/08)

year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| _/s/ Rolando Iglesias_ | _/s/ Dulce Mateu_ |
| Debtor | Joint Debtor |
| Date: 4/21/2014 | Date 4/21/2014 |

LF-31 (rev. 06/02/08)